BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH THE PREMISES AT 12414 CANYONLANDS DRIVE, RANCHO CORDOVA, CALIFORNIA 95742 | CASE NO. 2:14-SW-0647 KJN<br><br>[PROPOSED] ORDER TO UNSEAL |
|---|---|

The government's request to unseal the search warrant and this case is GRANTED.

IT IS SO ORDERED.

Dated: _____ December 5, 2014 _____

HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: REQUEST TO SEAL DOCUMENTS            1